**Order entered October 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00256-CR

**RICHARD GONZALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82083-2012**

## ORDER

The Court **DENIES** appellant's October 15, 2013 motion to dismiss counsel and proceed pro se. The appeal will proceed on the *Anders* brief filed by counsel, together with the pro se response filed by appellant.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Christopher Routt and the Collin County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Richard Gonzales, Jr., TDCJ No. 01835502, Hutchins State Jail, 1550 E. Langdon Road, Dallas, Texas 75241.

/s/      LANA MYERS
JUSTICE